[No. 19136-2-III. Division Three. March 15, 2001.]

LESLIE MCHENRY, *Appellant*, v. ONIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-02535-7, Michael E. Donohue, J., entered February 16, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19435-3-III. Division Three. March 15, 2001.]

ALIRIO MEDINA, ET AL., *Appellants*, v. PUBLIC UTILITY DISTRICT No. 1 OF BENTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-00367-4, Craig J. Matheson, J., entered June 8, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 24305-9-II. Division Two. March 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. AHMEN HABIB AL-BEDAIRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04971-9, Grant L. Anderson, J., entered February 10, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.